**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KENT GAINES** | **CIVIL ACTION NO. 3:20-CV-01516** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JACKSON PARISH POLICE JURY** | **MAG. JUDGE PEREZ-MONTES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant Jackson Parish Policy Jury's Motions to Dismiss [Doc. No. 5, 16] are **GRANTED** because Gaines failed to state plausible claims for discrimination and retaliation. Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA** this 7th day of October 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE